IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| YAN ZHU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HIGH ALTITUDE LLC, a Nevada limited liability company, LINGTAO ZHANG, and JOHN DOES 1–5,<br><br>　　　　　Defendants. | CV 22–27–BU–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff's Unopposed Motion for Docketing of Judgment. (Doc. 27.) The motion requests that the Court enter a judgment reflecting the amount owed by Defendants, less the proceeds and fees and costs from sale pursuant to Mont. Code Ann. § 71-1-222(2). (*Id.* at 2.)

On August 25, 2023, the Court entered default judgment against Defendants High Altitude LLC and Lingtao Zhang in the amount of $1,001,756.27 as of April 18, 2023, with a daily interest accrual rate of $274.45377.[1] (Doc. 19.) On October 30, 2023, the U.S. Marshall Service sold the foreclosed property for $801,000.

---

[1] Due to a clerical error, the original Order (Doc. 19) provided for a daily interest accrual rate of $74.45377. On November 7, 2023, the Court issued an Amended Order with the correct daily interest accrual rate of $274.45377. (*See* Doc. 25 at 1–2.)

1

(Doc. 22.)  Pursuant to the Court's Order Confirming Sale (Doc. 26), the U.S. Marshall's Office paid $15,547.35 in delinquent taxes owed on the property and $16.00 in Clerk and Recorder Fees.  (Doc. 27 at 2–3.)  In addition, the U.S. Marshall's Office subtracted $14,635,78 to cover their own fees and commission.  (*Id.*)  The remaining proceeds of $770,800.87 were then dispersed to Plaintiff Yan Zhu.

Montana law provides that "[i]f it appears from the sheriff's return that the proceeds are insufficient[,] and a balance still remains due, judgment can then be docketed for the balance against the defendant or defendants personally liable for the debt, and it becomes a lien upon the real estate of the judgment debtor, as in other cases on which execution may be issued."  Mont. Code Ann. § 71-1-222(2).

Here, Plaintiff seeks a deficiency judgment of $227,917.98 reflecting the amount owed by Defendants, less the proceeds and fees and costs from sale.  (Doc. 27 at 2.)  The funds owed to Plaintiff are calculated as follows:

| | |
|---|---|
| Judgment (as of November 13, 2023) | $ 1,059,117.11 |
| Sale Proceeds | $ (801,000.00) |
| US Marshall Fees, Costs, Commission | $ (14,635.78) |
| Delinquent Property Taxes | $ (15,547.35) |
| Clerk and Recorder Fee | $ (16.00) |
| **Deficiency Owed** | **$ 227,917.98** |

ACCORDINGLY, IT IS ORDERED that judgment is entered against Defendants High Altitude LLC and Lingtao Zhang in the amount of $227,917.98,

2

with interest at the rate of ten percent (10%) per annum, accruing as of November 14, 2023.

DATED this 2nd day of January, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court